UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA JONES,

                Plaintiff,

    -against-

STEVEN BANKS, *et al.*,

                Defendants.

20-CV-6788 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    By order dated August 26, 2020, the Court granted Plaintiff leave to submit an amended complaint within sixty days. On October 14, 2020, the Court received a letter from Plaintiff requesting additional time to comply. (ECF No. 6.) Plaintiff's request for an extension of time to file the amended complaint is GRANTED. Plaintiff is directed to file an amended complaint, as specified by the August 26, 2020 order, within sixty days of the date of this order.[1] If Plaintiff fails to comply within the time allowed and cannot show good cause to excuse such failure, this action will be dismissed for failure to state a claim upon which relief may be granted.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 15, 2020
           New York, New York

                                          *Louis L. Stanton*
                                            Louis L. Stanton
                                                U.S.D.J.

---

[1] Plaintiff should note that the order does not require her to make legal arguments or include any evidence, but simply to allege facts showing that the named defendants violated her rights.