UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA JONES,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>       Defendants. | 20-CV-6788 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued January 5, 2021, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 7, 2021
    New York, New York

                     *Louis L. Stanton*
                      Louis L. Stanton
                        U.S.D.J.